**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

MICHAEL HENDRIX,

                    Plaintiff,                      CIVIL ACTION FILE

vs.                                     NO. 2:11-cv-214-RWS

SHERIFF JUDD SMITH, et al,

                    Defendants.

## J U D G M E N T

      This action having come before the court, Honorable Richard W. Story,   United States District Judge, for consideration of the magistrate judge's report and recommendation,  and the court having rendered its opinion, it is

      **Ordered and Adjudged** that the action be **DISMISSED** for failure to state a claim on which relief may be granted.

      Dated at Gainesville, Georgia, this 4th day of January, 2012.

                               JAMES N. HATTEN
                               CLERK OF COURT

                         By:  s/Stacey Kemp
                               Deputy Clerk

Prepared, Filed and Entered
in the Clerk's Office
   January 4, 2012
James N. Hatten
Clerk of Court

By:   s/Stacey Kemp
       Deputy Clerk