UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

MICHAEL HENDRIX,

    Plaintiff,

vs.

SHERIFF JUDD SMITH, et al,

    Defendants.

CIVIL ACTION FILE
NO. 2:11-cv-214-RWS

## J U D G M E N T

This action having come before the court, Honorable Richard W. Story, United States District Judge, for consideration of the magistrate judge's report and recommendation, and the court having rendered its opinion, it is

**Ordered and Adjudged** that the action be **DISMISSED** for failure to state a claim on which relief may be granted.

Dated at Gainesville, Georgia, this 4th day of January, 2012.

JAMES N. HATTEN
CLERK OF COURT

By: s/Stacey Kemp
Deputy Clerk

Prepared, Filed and Entered
in the Clerk's Office
    January 4, 2012
James N. Hatten
Clerk of Court

By: s/Stacey Kemp
    Deputy Clerk